**E-Filed 3/29/2011**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| DAVID QUESADA, <br><br> Petitioner, <br><br> v. <br><br> JOHN MARSHALL, Warden, <br><br> Respondent. | Case Numbers 05:06-cv-00629 JF <br><br> ORDER RELATING CASES |

Petitioner has filed two separate actions seeking a writ of habeas corpus: Case No. 05:06-00629 and Case No. 5:08-cv-2869. Although both cases were originally assigned to the undersigned, Case No. 5:08-cv-2869 subsequently was reassigned to Judge Richard Seeborg. It appears that the two cases are related within the meaning of Civil Local Rule 3-12(a). Accordingly, Case No. 5:08-cv-2869 is HEREBY RELATED to Case No. 5:06-00629 and be reassigned to the undersigned. In the future, the parties shall refer to the cases as follows:

   Case No. 5:06-00629-JF

   Case No. 5:08-cv-2869-JF

IT IS SO ORDERED.

DATED: March 29, 2011

_____
JEREMY FOGEL
United States District Judge

Case No. 5:06-cv-00629-JF
ORDER RELATING CASES
(JFLC3)